**EXHIBIT 2:** INFRINGEMENT
URL:
https://www.instagram.com/p/B19wUTZnAbR/?fbclid=IwAR13OoPYmxAaEmf14nfA0zAr6f1DOwa4KMHp0SIL_SFEUr6UmjcOxaDU_GE

