IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-23528-BB

**GLOBAL WEATHER PRODUCTIONS, LLC**,

        Plaintiff**,**

v.

**WOOD PROJECTIONS, INC.,**

        Defendant.

## MEDIATOR'S REPORT

On September 24, 2025, the undersigned mediated this case via Zoom pursuant to this Court's Order Scheduling Mediation (Doc. No. 41). Present and participating at the mediation were legal and corporate representatives of both parties.

During the mediation conference, the parties were unable to reach an agreement and requested that the undersigned declare an impasse.

Date:	September 24, 2025

Respectfully submitted,

/s/David K. Friedland
David K. Friedland
Florida Bar No. 833479
**FRIEDLAND VINING, P.A.**
6619 S. Dixie Hwy, #157
Miami, FL 33143
305.777.1725 telephone
dkf@friedlandvining.com email

*Mediator for the Parties*