

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-281-7601

February 23, 2023

**Via Email**
Wood Projections, Inc.
19200 SW 106th Ave, Suite 20
Cutler Bay, FL 33157
info@woodprojections.com

    RE:    **License Compliance Audit**
             **Case Reference Number: 126851**

To Whom It May Concern:

    We are the attorneys for Michael Brandon Clement. Our client has requested us to perform a license compliance audit for the copyrighted material published on your associated social media account on www.instagram.com. A license compliance audit is typically conducted to review a company's or individual's use of an image and/or copyrighted material in question. To further pursue the compliance audit, below please find proof of the copyrighted material referenced herein, including proof of the unlicensed use as it appears on your Instagram account. This information will assist you in compiling your licensing history.

    Michael Brandon Clement values the artistic merit of his work, and is devoted to protecting the rights embodied within his work, as well as the protectable rights associated with our client's affiliates and contributing artists. To conclude this compliance audit, please provide us with the necessary information concerning your license, including, but not limited to, (i) sales order, (ii) invoice number, and/or (iii) other pertinent license information. Upon confirmation that this information is valid, our office will update our records and consider this audit complete. If a third party licensed the copyrighted material, (i.e., advertising agency or web designer), kindly provide our firm with the third party's contact information, along with a copy of any invoice in your possession pertaining to the copyrighted material.

We thank you for your assistance in concluding this compliance audit. If you believe you have received this letter by mistake, or have questions after reading this letter, please contact our office at (516) 203-7600 or email us at info@sanderslaw.group. Please remember to include your company name and case reference number.

                                                                   Sincerely yours,

                                                                   SANDERS LAW GROUP

February 23, 2023 - 126851
GWP0037



Page 2

**Copyrighted Material Owned by Michael Brandon Clement**
**Video #1 of 1**

<u>Video Description</u>: Abaco, Bahamas Helicopter Video shows total destruction of Island From Hurricane Dorian
<u>Date of First Publication</u>: September 3, 2019
<u>Date of Registration</u>: September 25, 2019
<u>Copyright Registration No</u>: PA 2-214-139



February 23, 2023  126851

GWP0038



Page 3

## Proof of Usage
## Screengrab #1 of 1

Web Page URL:

https://www.instagram.com/p/B19wUTZnAbR/?fbclid=IwAR13OoPYmxAaEmf14nfA0zAr6f1DOwa4KMHp0SIL_SFEUr6UmjcOxaDU_GE



February 23, 2023  126851

GWP0039