**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-23528-CIV-BLOOM/ELFENBEIN

Global Weather Productions, LLC,

        Plaintiff,

v.

Wood Projections, Inc.,

        Defendant.

_____/

### PLAINTIFF'S EXHIBIT LIST

Plaintiff, Global Weather Productions, LLC ("*Plaintiff*" or "*GWP*") hereby submits the instant Exhibit List in connection with the parties' Joint Pretrial Stipulation and identifies the following documents:

1. Plaintiff's original Video.
2. Registration certificate of Plaintiff's original Video.
3. Video recording of Defendant's Infringement of Plaintiff's original Video.
4. Screengrab of Defendant's Infringement of Plaintiff's original Video.
5. License Invoice to Fox News dated September 3, 2019, regarding Plaintiff's original Video.
6. License Invoice to CBS News dated September 3, 2019, regarding Plaintiff's original Video.
7. License Invoice to Turner Broadcasting Systems, Inc. dated September 3, 2019, regarding Plaintiff's original Video.
8. Plaintiff's February 23, 2023, pre-litigation correspondence regarding the instant action.
9. Plaintiff's December 14, 2023, pre-litigation correspondence regarding the instant action
10. Any and all impeachment or rebuttal documents.

Plaintiff reserves the right to amend and/or supplement this Exhibit List as necessary at any time up through trial as permitted by the applicable rules and orders of the Court

Dated: March 9, 2026

Respectfully submitted,

**SANDERS LAW GROUP**

By: /s/ Joshua D. Vera
Joshua D. Vera, Esq.
Florida Bar No. 1047709
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group
*Attorneys for Plaintiff*