UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23528-CIV-BLOOM/ELFENBEIN

Global Weather Productions, LLC,

   Plaintiff,

v.

Wood Projections, Inc.,

   Defendant.
_____/

**NEUTRAL STATEMENT OF THE CASE AND WITNESS LIST**

  Plaintiff, Global Weather Productions, LLC ("*Plaintiff*" or "*GWP*") and Defendant, Wood Projections, Inc. ("*Defendant*" or "Wood Projections") (collectively, the "*Parties*") by and through their respective counsel, and pursuant to the Court's December 8, 2025, Order (*Dkt. No.* 58), as well as Local Rule 16.1(e), jointly file this neutral statement of the case and witness list for the venire panel.

  1.  **JOINT STATEMENT OF CASE**

  This is a civil case under the Copyright Act. Plaintiff, Global Weather Productions, LLC ("Global"), alleges that Defendant, Wood Projections, Inc. ("Wood Projections"), posted a portion of a video relating to Hurricane Dorian on Wood Projections' Instagram account in September 2019 without Plaintiff's permission, and that the video is covered by Plaintiff's copyright registration. Wood Projections denies liability and contends the post was lawful and protected by the fair use doctrine.

1

Global's owner is Michael Brandon Clement ("Clement"). Clement recorded video footage relating to Hurricane Dorian damage in the Bahamas in 2019 and later obtained a copyright registration for the video.

Clement assigned all rights in the video to Global, and Global licenses the video to media outlets. Wood Projections disputes that Plaintiff is entitled to recover for the Instagram post at issue and disputes Plaintiff's claims regarding harm and damages.

Wood Projections is a Florida business located in the Miami area, that manufactures and sells cigar humidors and cigar lockers. Wood Projections operates a website and an Instagram account.

Global alleges that Wood Projections posted a portion of the Hurricane Dorian video on its Instagram account without a license or other permission. Wood Projections disputes that the post infringed any copyright and disputes that Global suffered compensable harm.

Wood Projections does not dispute that a short portion of the video appeared on its Instagram account, but contends that the post was a brief, noncommercial sharing of a news clip accompanied by commentary and is protected by the fair use doctrine. Wood Projections also contends that Plaintiff's claim is barred by the statute of limitations, disputes that Plaintiff can prove recoverable damages, and disputes whether any alleged infringement was willful.

## 2. WITNESSES

The following people will be called as witnesses for Global or Wood Projections, or both:

1. Michael Brandon Clement
*Owner and representative of Plaintiff*

2. Fabiola Karolewicz
*Co-owner and representative of Defendant*

Dated: March 9, 2026

Respectfully submitted,

**SANDERS LAW GROUP**

By: */s/ Joshua D. Vera*
Joshua D. Vera, Esq.
Florida Bar No. 1047709
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group
*Attorneys for Plaintiff*

and

**LAW FIRM OF RUBIO
& ASSOCIATES, P.A.**

By: */s/ Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Email: hrubio@rubiolegal.com
*Attorneys for Defendant*